THOMAS J. O'BRIEN, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JULIUS TOVSKY, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MEYER E. COHEN, Respondent, v. J. ERNEST RICHARDS and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [144 Misc. 96.]

RUSSEKS FIFTH AVENUE, INC., Respondent, v. THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

C. N. HITCHCOCK and Others, Respondents, v. CHASE NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. HARRIMAN NATIONAL BANK TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [146 Misc. 551.]

JOSEPH MARCUS, Appellant, v. FLORENCE J. MARCUS, Also Known as FLORENCE J. GUTLOHN, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ROSE MEEHAN, Respondent, v. NEWMAN IMPROVEMENT CORPORATION, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CHARLES A. GREENBERGER, Appellant, v. JOHN A. MARSHALL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ERICH HERZOG, Respondent, v. SACHS QUALITY FURNITURE, INC., Appellant, Impleaded with Another.†— Judgment affirmed, with costs. No opinion. Present Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX LIPSKY and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

D. & I. SHIRT Co., INC., Respondent, v. ALEXANDER & Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WALTHAM WATCH COMPANY, Respondent, v. FEDERAL BROADCASTING COMPANY, Defendant, Impleaded with THE CENTURY INDEMNITY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

---

* Affd., 262 N. Y. 682.　　　　　†Affd., 262 N. Y. 654.